## LUCY A. MOODY *vs.* JOSEPH R. KING.

### Kennebec. Opinion February 24, 1883.

*Actions. Lessor, action by for injury to premises. Mills. Pleadings.*

The lessor of a mill cannot maintain an action for the diversion of water during the continuance of the lease.

The lessor cannot claim damages for a diminution of rent of a mill by reason of the diversion of the water, unless such diminution of rent is alleged in the writ.

ON REPORT.

An action of the case. The writ was dated November 26, 1880. Plea, general issue with brief statement.

The material facts upon which the opinion is based are sufficiently stated therein.

*Jesse Jeffrey*, for the plaintiff.

*H. M. Heath*, for the defendant.

APPLETON, C. J.   This is an action of the case against the defendant for diverting water from her mill, between the nineteenth day of April, 1880, and the twenty-sixth of November following.

It appears from the testimony of Rufus Moody, the plaintiff's agent, that he let the mill, "just as it was;" that he "let the mill and the water, what we had a right to use;" that he "attached no conditions to the tenancy, nor anything of that kind.   They had the right to use the same as the occupants had under the deeds."   The lease was for the year 1880, and the stipulated rent was paid.

If there was a diversion of water by the defendant while the mill was under lease, the lessees were the sufferers thereby, not the plaintiff.   The lessees have the right of action if one exists. The plaintiff has suffered no loss.   She has sustained no injury. She rented her mill at her own price.   Her rent was paid without diminution.   She has no cause of complaint.

The writ alleges no diminution of rents in consequence of the alleged diversion of water.   If there had been ever so wrongful a diversion, it not being alleged that rents had been thereby diminished, the plaintiff could not recover for any loss of rent thus occasioned.   *Plimpton* v. *Gardiner*, 64 Maine, 361.

*Plaintiff nonsuit.*

WALTON, DANFORTH, VIRGIN, PETERS and LIBBEY, JJ., concurred.